IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

B14040026

IN RE:

| | | |
|---|---|---|
| Beverly A Brown; | ] | Case Number 12-44423 |
| | ] | CH 13 |
| | ] | Judge Carol A. Doyle |

## NOTICE OF MOTION

TO:  Beverly A Brown, 14336 Dorchester, Dolton, IL 60419

Ernesto D Borges, 105 W. Madison 23rd Fl., Chicago, IL 60602

Tom E. Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

PLEASE TAKE NOTICE that July 8, 2014 at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle or any judge sitting in her stead, in the courtroom usually occupied by her in Room 742 at 219 S. Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

/s/ Crystal V. Sava
Attorney for Creditor

## PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on June 24, 2014.

/s/ Brittany Neubauer

FREEDMAN ANSELMO LINDBERG, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL  60563-4947
630-453-6960   866-402-8661   630-428-4620 (fax)
B14040026

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**                    BK030

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

Beverly A. Brown,

        Debtor(s).

Chapter 13

Case No. 12-44423

Judge: Carol A. Doyle

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(REAL PROPERTY) 14336 Dorchester Avenue, Dolton, IL 60419**

Bank of America, N.A. ("MFRR") ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 14336 Dorchester Avenue, Dolton, IL 60419 (the "Property"). The Required Statement is attached hereto as Exhibit A, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on November 8, 2012.

2. A Chapter 13 Plan was confirmed on April 23, 2013.

3. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $81,800.00 (the "Note"). A copy of the Note is attached hereto as Exhibit B. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property and the other collateral described in the Mortgage. A copy of the Mortgage is attached hereto as Exhibit C.

5.  All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a copy of which is attached hereto as Exhibit D.

6.  Bank of America, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) obtain(s) a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

7.  As of the June 9, 2014, the outstanding amount of the Obligations is: $89,777.31.

8.  In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $650 in legal fees and $176.00 in court costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9.  The Debtor(s) plan calls for the Debtor(s) to make postpetition mortgage payments to the Movant.

10.  The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor(s):

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 4 | 3/1/14 | 6/1/14 | $1,159.43 | $4,637.72 |
| Less postpetition partial payments: | | | | ($751.47) |

**Total: $3,886.25**

11. The estimated market value of the Property is $51,000.00. The basis for such valuation is Schedule A on the Voluntary Petition.

12. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $89,777.31.

13. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

(b) Postconfirmation payments required by the confirmed plan have not been made to Movant.

(c) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and any and all other collateral pledged under the Mortgage.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

-4-

Date: June 24, 2014                                         /s/ Crystal V. Sava
                                                            One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1771 W. Diehl Rd., Ste. 150
 Naperville, IL 60563-4947
630-453-6960  866-402-8661  630-428-4620 (fax)
B14040026

**THIS COUMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**.