Exhibit A

Case 12-44423   Doc 46-2   Filed 06/24/14   Entered 06/24/14 12:55:13   Desc
Statement Accompanying Relief From Stay    Page 1 of 1

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)  Beverly A. Brown;      Case No.  12-44423      Chapter  13

All Cases: Moving Creditor  Bank of America, N.A.      Date Case Filed  11/8/2012

Nature of Relief Sought:    X  Lift Stay    ☐ Annul Stay    ☐ Other (describe)

Chapter 13: Date Plan Confirmed  4/23/2013

1. Collateral
   a.    X Home
   b.    ☐ Car    Year, Make, and Model
   c.    ☐ Other (describe)

2. Balance Owed as of June 9, 2014: $89,777.31
   Total of all other Liens against Collateral : None

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $  51,000.00 (per Schedule A)

5. Default
   a.    ☐ Pre-Petition Default
         Number of months  6           Amount $ 7,998.29

   b.    X Post-Petition Default
         i.    ☐ On direct payments to the moving creditor
               Number of months  4           Amount $  4,637.72

         ii.   ☐ On payments to the Standing Chapter 13 Trustee
               Number of months ___         Amount $ _____

6. Other Allegations
   a.    ☐ Lack of Adequate Protection § 362(d)(1)
         i.    ☐ No insurance
         ii.   ☐ Taxes unpaid         Amount $ _____
         iii.  ☐ Rapidly depreciating asset
         iv.   ☐ Other (describe)

   b.    X No Equity and not Necessary for an Effective Reorganization § 362(d)(2) X

   c.    ☐ Other "Cause" § 362(d)(1)
         i.    ☐ Bad Faith (describe)
         ii.   ☐ Multiple Filings
         iii.  ☐ Other (describe)

   d.    Debtor's Statement of Intention regarding the Collateral
         i.    ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. X No Statement of Intention Filed

Date:  June 24, 2014                                              /s/ Crystal V. Sava
                                                                  Counsel for Movant